IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| MARLON KHAN FOX | ) |
| | ) |
| v. | ) NO. 3:08-0469 |
| | ) JUDGE CAMPBELL |
| CORRECTIONS CORPORATION OF | ) |
| AMERICA, et al. | ) |

ORDER

Pending before the Court is a Report and Recommendation of the Magistrate Judge (Docket No. 43), to which no Objections have been filed. The Court has reviewed the Report and Recommendation and the file. The Report and Recommendation is adopted and approved.

Accordingly, Defendants' Motion for Summary Judgment (Docket No. 20) is GRANTED, and this action is DISMISSED without prejudice for failure to exhaust administrative remedies. Plaintiff's Motion for Summary Judgment (Docket No. 28) is DENIED.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE